IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Thomas, Kimberly S

Printed: 4/22/08

Case Number: 07 B 22279
Judge: Wedoff, Eugene R
Filed: 11/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 17,097.68 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 36.29 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 47.34 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 1,879.75 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 54.67 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 60.42 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 123.05 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 49.06 | 0.00 |
| 10. | ARC | Unsecured |  | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 12. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 14. | USA Group | Unsecured |  | No Claim Filed |
| 15. | Plains Commerce Bank | Unsecured |  | No Claim Filed |
| 16. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 19,348.26 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thomas, Kimberly S

Printed: 4/22/08

Case Number: 07 B 22279
Judge: Wedoff, Eugene R
Filed: 11/28/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

